IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SAMUEL L. THOMAS                                                PLAINTIFF
ADC #160799

v.                              No. 4:19-cv-943-DPM

DEXTER PAYNE, ADC Director,
Chief of Staff, Pine Bluff Central
Office; GIBSON, Warden, Varner
Unit; and FORREST, Doctor,
ORCU, ADC                                                       DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Thomas's motion to voluntarily dismiss, *Doc. 11*, is granted. This case will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 June 2020