IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SAMUEL L. THOMAS
ADC #160799                                                              PLAINTIFF

v.                          No. 4:19-cv-943-DPM

DEXTER PAYNE, ADC Director,
Chief of Staff, Pine Bluff Central
Office; GIBSON, Warden, Varner
Unit; and FORREST, Doctor,
ORCU, ADC                                                               DEFENDANTS

## JUDGMENT

Thomas's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2020